IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF  :  CASE NO. 3:21MJ25

    SEALED DOCUMENT

                                            :

_____

MOTION TO UNSEAL APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN
_____

Now comes the United States, by counsel, and respectfully requests that the Application, Search Warrant, Supporting Affidavit and Return in the above captioned cases be unsealed.

                                                      Respectfully submitted,

                                                      VIPAL J. PATEL
                                                      Acting United States Attorney

                                                      s/Christina Mahy
                                                      CHRISTINA MAHY (0092671)
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff
                                                      200 West Second Street, Suite 600
                                                      Dayton, Ohio 45402
                                                      Office: (937) 225-2910
                                                      Fax: (937) 225-2568
                                                      E-mail: christina.mahy@usdoj.gov